REDACTED

JS 45 (11/2002)

**Criminal Case Cover Sheet**             **U.S. District Court**

| | |
|---|---|
| **Place of Offense:** | Under Seal: Yes ☒ No ☐    Judge Assigned: |
| City: EDVA | Superseding Indictment:    Criminal Number: 2:16cr |
| County/Parish: | Same Defendant:    New Defendant: Gerald Andrew Darby |
| | Magistrate Judge Case Number:    Arraignment Date: |
| | Search Warrant Case Number: |
| | R 20/R 40 from District of _____ |

**Defendant Information:**

Juvenile: Yes ☐ No ☒    FBI#:
Defendant Name: GERALD ANDREW DARBY    Alias Name(s):
Address: Suffolk, Virginia
Employment: NA
Birth Date: 1985    SS#: xxx-xx-1229    Sex: M    Race: White    Nationality:    Place of Birth:
Height: 5'9"    Weight: 240 lbs    Hair: Brown    Eyes:    Scars/Tattoos:
Interpreter: Yes ☐ No ☒    List Language and/or dialect:

**Location Status:**

Arrest Date:
☐ Already in Federal Custody as of: _____ in: _____
☐ Already in State Custody    ☐ On Pretrial Release    ☐ Not in Custody
☒ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested
☐ Arrest Warrant Pending    ☐ Detention Sought    ☐ Bond

**Defense Counsel Information:**

Name:    ☐ Court Appointed
Address:    ☐ Retained
Telephone:    ☐ Public Defender

**U.S. Attorney Information:**

AUSA: Elizabeth M. Yusi
Trial Attorney: Leslie Williams Fisher    Telephone No. 757-441-6331    Bar #:

**Complainant Agency, Address & Phone Number or Person & Title:**

Federal Bureau of Investigation, 509 Resource Row, Chesapeake, VA 23320, (757) 455-0100

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 2252(a)(2) | Receipt of Images of Minors Engaging in Sexually Explicit Conduct | 1-5 | Felony |
| Set 2 | 18 U.S.C. § 2252(a)(4)(B) | Possession of Images of Minors Engaging in Sexually Explicit Conduct | 6-8 | Felony |
| Set 3 | 18 U.S.C. § 2253 | Forfeiture | | Forfeiture |
| Set 4 | | | | |

(May be continued on reverse)