FILED
IN OPEN COURT

MAR 1 0 2016

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| IN RE: | ) | UNDER SEAL |
| | ) | |
| GRAND JURY PROCEEDINGS | ) | CASE NUMBER 2:16cr 36 |
| | ) | |

## ORDER SEALING INDICTMENT

Upon motion of the United States Attorney, pursuant to Local Criminal Rule 49(B) the Court finds that sealing of the indictment and arrest warrant is necessary to prevent notification of the existence of the arrest warrant which could result in flight from prosecution, the destruction of or tampering with evidence, the intimidation of potential witnesses, jeopardize the safety of the arresting officers or otherwise jeopardize the investigation.

It is hereby ORDERED that the indictment and arrest warrant are sealed.

It is further ORDERED that: (1) a certified copy of the indictment shall be provided to those law enforcement officials involved in the prosecution of this case; and (2) a copy of the sealed arrest warrant shall be made available to Law Enforcement Officers with the Federal Bureau of Investigation for execution of the same.

It is further ORDERED that the indictment and arrest warrant are unsealed at the time of the arrest of the defendant, at which time the indictment may be treated as a public record.

_____
UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia
March 10, 2016

We ask for this:
Dana J. Boente
United States Attorney

_____
Elizabeth M. Yusi
Assistant United States Attorney