ORIGINAL

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

SEALED

FBI 10028409

| United States of America | ) |
|---|---|
| v. | ) |
| Gerald Andrew Darby | ) Case No. 2:16cr36 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Gerald Andrew Darby

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

T.18:2252(a)(2) - Receipt of Images of Minors Engaging in Sexually Explicit Conduct (Count 1, et al)

Date: 03/10/2016

*Issuing officer's signature*

City and state: Norfolk, Virginia

Lawrence R. Leonard, U.S. Magistrate Judge
*Printed name and title*

FILED IN OPEN COURT
MAR 15 2016
CLERK US DISTRICT COURT
NORFOLK, VA

### Return

This warrant was received on *(date)* 3/10/2016, and the person was arrested on *(date)* 3/15/2016
at *(city and state)* Portsmouth, VA

Date: 3/15/2016

*Arresting officer's signature*

Stacey A. Sullivan, Special Agent
*Printed name and title*