CR96C♦ AO 470 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

EASTERN     District of     VIRGINIA



FILED IN OPEN COURT
MAR 1 5 2016
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

V.

Gerald Andrew Darby

*Defendant*

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

Case No. 2:16cr36

Upon motion of the **United States**, detention hearing is set for **3-18-16** * at **2:30**
                                     Date                                 Time

before **United States Magistrate Judge LRL**
                            *Name of Judicial Officer*

**Norfolk, Virginia**
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal)
_____
*Other Custodial Official*

Date: **3-15-16**                           *[signature]*
                                                               *Judge*

    If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

    A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.