Eastern District Of Virginia – U.S. District Court

## ARRAIGNMENT/DETENTION MINUTES:

| | | | |
|---|---|---|---|
| Time Set: | 2:30 | Date: | 3/23/16 |
| Started: | 2:53 | Presiding Judge: | Robert J. Krask |
| Ended: | 3:03 | Courtroom Deputy: | L. Woodcock |
| | | Court Reporter: | FTR |
| Split Time: | | U.S. Attorney: | Beth Yusi |
| | | Defense Counsel: | Rodolfo Cejao |
| Case Number: | 2:16cr36 | ( ) Retained ( ) Court appointed (✓) AFPD | |
| Defendant: | Gerald Andrew Darby | Interpreter: | |

**INITIAL APPEARANCE:**
( ) Indictment
( ) Supervised Release
( ) Probation
( ) Pretrial Violation

**COUNSEL:**

( ) Court explained right to counsel
( ) Counsel waived
( ) Counsel desired.
( ) Affidavit executed and filed in open court
( ) Court directed appointment of counsel
( ) Defendant ordered to pay $_____
  beginning _____ and each month thereafter
  until paid in full

**ARRAIGNMENT:**
( ) Defendant formally arraigned
(✓) Defendant waived formal arraignment
( ) Defendant entered plea of guilty
(✓) Defendant entered plea of not guilty
(✓) Jury demanded
( ) Jury Waived
( ) Jury waiver executed and filed
(✓) Preliminary motions deadline 4-13-16
( ) Response motions deadline _____
(✓) TRIAL ( ) SRVH ( ) PVH set on 5/24/16 @ 10:00 AM (✓) Norfolk ( ) Newport News
(RGD)

**APPEARANCE AT PRELIMINARY HEARING:**
(✓) Court inquired as to whether defendant wishes appear
  at preliminary hearing.
( ) Waiver of Appearance executed
( ) Arraignment: _____

**DETENTION:**
(✓) Detention Hearing ( )Held (✓) Waived
( ) Government motion for detention:
( ) Granted ( )Denied ( )Motion to Withdraw
(✓) Detention Ordered (✓) Remanded
( ) Bond set _____
( ) Special Conditions of Release
( ) Defendant continued on previous bond
( ) Additional Conditions of Release
( ) Defendant failed to appear
( ) Government motion for warrant -Granted

**ORDERS:**
(✓) Agreed Discovery/Protective Order Entered

**PRELIMINARY HEARING:**
( ) Preliminary Hearing ( ) Held ( ) Waived
( ) Defendant stipulated to probable cause
( ) Court finds probable cause
( ) Defendant held for Grand Jury

**SPEEDY TRIAL:**
( ) By agreement of all parties, due to the
complexity of the case and/or in the
interest of justice, pursuant to 18 USC
3161(h), speedy trial is waived

( ) SRV/Probation Hearing: _____
( ) _____
( ) _____
( ) _____

**SPEEDY TRIAL:**
( ) The defendant requested time to file pretrial motions. The court granted this motion under 18 U.S.C. 3161(h)(7) and Bloate v. U.S., 2010 WL 757660 (U.S.) and finds that the ends of justice are served by granting this request which outweighs the best interest of the public and the defendant in a speedy trial and the time period from the arraignment to the motions deadline of _____ is excluded under the Speedy Trial Act.