Case 2:16-cr-00036-RGD-DEM Document 16-2 Filed 04/27/16 Page 1 of 1 PageID# 141

