IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

UNITED STATES OF AMERICA,

v.                                                  CRIMINAL NO. 2:16cr36

GERALD ANDREW DARBY,

       Defendant.

### ORDER

This matter comes before the Court on the Consent Motion to Allow Testimony through Video Teleconference. ECF No. 19.

In the instant motion the government asks permission of the Court to allow testimony by video teleconference. The Court **GRANTS** the Motion. ECF No. 19. The government must contact the IT Department at the Norfolk Federal Courthouse to coordinate prior to the hearing.

The Clerk is **DIRECTED** to forward a copy of this Order to all Counsel of Record.

**IT IS SO ORDERED.**

                                                                   /s/
                                                Robert G. Doumar
                                                Senior United States District Judge
                                                UNITED STATES DISTRICT JUDGE

Norfolk, VA
May 4, 2016