IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

UNITED STATES OF AMERICA,

    **v.**                                       **CRIMINAL NO. 2:16cr36**

**GERALD ANDREW DARBY,**

    **Defendant.**

## ORDER

This matter comes before the Court on Defendant's Motion for Leave to File Additional Motions After Motion Deadline. ECF No. 17.

On May 3, 2016 Gerald Andrew Darby ("Defendant") filed the instant motion asking to file additional motions after the motions deadline. The motions deadline in this case was April 13, 2016. ECF No. 13. On April 20, 2016 and April 27, 2016 opinions were issued by other federal courts that form the basis of Defendant's Second Motion to Suppress, which was filed along with the instant motion. ECF No. 18. Because new case law was issued after the motions deadline, the Court **GRANTS** Defendant's Motion for Leave to File with respect to the Second Motion to Suppress. ECF No. 17. If Defendant wishes to file other motions after the motions deadline, he must explain the reasons for these additional motions in a new motion.

Because the trial date in this matter is approaching, the Court **ORDERS** the government to respond to Defendant's Second Motion to Suppress by May 9, 2016 at 12:00pm. The Court will hear argument on both Motions to Suppress at the hearing scheduled for May 10, 2016 at 11:00am. If Defendant would like to respond to the government's response brief, he may file a reply brief by May 10, 2016 at 10:00am.

The Clerk is **DIRECTED** to forward a copy of this Order to all Counsel of Record.

**IT IS SO ORDERED**.

/s/
Robert G. Doumar
Senior United States District Judge

UNITED STATES DISTRICT JUDGE

Norfolk, VA
May 4, 2016