

MICHAUD_000439