| World Wonders | Wildlife | Celebrities | Movies | Puzzles | Comics | Makeup | Homeopathy | Video Games |

### All Magazine Titles

### Magazine Categories
X-Rated Cartoon Magazines
Erotic Magazines (No nudity)
Gay Magazines
Health Magazines
Hunting Magazines
People & Celebrities
Science Magazines
XXX Magazines for Men
XXX Magazines for Women
Magazine Top 20 Bestsellers

Adult Movie Guides
Anal Sex
Best Of Magazines
Black Women
Large breasted women
Stars & Celebrities
Fat Women
Perfect Women
Hustler Publications
Latinas
Leg Fetish
Lesbians
Mature women over 40 years old
Oriental (Asian) Women
Parliament Publications
Penthouse Publications
Playboy Publications
Sado-Masochism
Sex stories & letters
Swank Publications
Teenage Girls Over 18 Years Old
Transvestites

### Magazine Celebrities

### Magazines by Country
Argentina Magazines
Australia Magazines
Australian Magazines
Brazil Magazines
Canada Magazines
Canadian Magazines
Estonia Magazines
Finnish Magazines
France Magazines
German Magazines
Georgia Magazines
Greece Magazines
Holland Magazines
Hong Kong Magazines
Indonesia Magazines
Italy Magazines
Latvia Magazines
Lithuania Magazines
Macedonia Magazines
Mexico Magazines
Mongolia Magazines
Netherlands Magazines
Norway Magazines
Philippines Magazines
Poland Magazines
Portugal Magazines
Romania Magazines
Russia Magazines
Serbia Magazines
Slovakia Magazines
Slovenia Magazines

# Playpen Magazine Back Issue - Volume 2 - Number 9

**Playpen Front Cover**



**Playpen**

## Playpen Vol. 2 # 9/10 Magazine
## Volume 2 Issue # 9

## TABLE OF CONTENTS

2 MESSAGE FROM THE PUBLISHER
... mad as hell and not taking it anymore
3 EDITORIAL
... participate in PLAYPEN's horn of plenty
4 THE NEW S.S.
... sexual stormtroopers of the "moral" right
7 PLAYPEN PHOTO GALLERY
... Sabrina — erotic aerobics
10 UNCENSORED READERS' FORUM
... our readers get off —what's on their minds
12 JACKIE'S TURN-ON LETTERS WITH CONTACT
... PLAYPEN's resident beauty comments on your sexy turn-on
21 WHAT IS SEXUAL FREEDOM?
... difficult questions in an uptight world
26 PLAYPEN COVER MODEL PICTORIAL
... Princess — beautiful plus
34 PERSONAL CONTACT CLASSIFIED ADS
... get in on the action! PLAYPEN's hot cross-country personal connections

**PUBLISHER'S PAGE**
I'M MAD AS HELL AND I'M NOT GOING TO TAKE IT ANYMORE
I am not going to be jerked around any more and neither should you. What the hell is going on with the recent North American panic about pornography? What is pornography? I have a lot of trouble getting a simple definition that makes any sense, from anyone. Yet it seems to be the "in" topic for more bureaucratic interventions. The original meaning of pornography was, "The writing of prostitutes." Today's anti-pornography do-gooders have reached far beyond that. They now opportunistically misuse the word to apply to virtually

South Africa Magazines
South African Magazines
Spain Magazines
Sweden Magazines
Switzerland Magazines
Taiwan Magazines
Thailand Magazines
Turkey Magazines
UK Magazines
Ukraine Magazines
USA Magazines
Venezuela Magazines

**Discontinued Magazine Titles**
Discontinued magazines only
Magazines still being published only

**Magazines by Price**
Magazines $5 or less
Magazines between $6 and $10
Magazines between $11 and $15
Magazines between $16 and $20
Magazines between $21 and $25

**Adult Jokes**

anything they don't like. I am sick and tired of the Andrea Dworkins of this world trying to decide for me and for you what pornography is, what is harmful and how everything would be just wonderful if we all moralized according to their fanatical fantasies. Jerry Falwell, the great white divine planner, recently stated "we recognize the existence of pornography and the impossibility of stamping it all out. But we do want to push it back to Sleaze Town to live amongst the roaches where it belongs." To the Jerry Falwells and all the rest of the self-appointed judgemental moral zealots, I say, "To Hell With You!"

What most "purity" crusaders or vote getters seem to be forgetting, probably intentionally, is that there is good pornography and bad pornography. Just as there is good and bad in religion, in government — and in the feminist movement. In everything. But, thank God, the freedom of choice ultimately belongs to you, to me, and to all individuals in a FREE Democratic Society.

I wonder what Andrea Dworkin thinks about when she makes love —her way. I wonder if she feels the same as me, that sex is beautiful and wonderful and that equality in sensuous erotica is paramount to all of us. That sexual intoxication, the basic volcanic drive in all of us, is fantastic. That the greatest high or buzz comes from sex. That pictures and words and sex aids can enhance that glorious feeling. That it has to happen from the shoulders up before it can happen anywhere. That women can be gorgeous, beautiful — yes, sexual playthings.

And that MEN can be gorgeous, beautiful, sexual playthings. That HARD-ON'S are terrific. That PLAYPEN's Turn-On Letters, articles and tastefully erotic photographs can enhance and beautify sex.

Perhaps there are just too many who are blow-drying their brains. But they are not going to get to me, or to PLAYPEN. We promise you, our valued reader, always to maintain and encourage the beauty of "Sexual Freedom for Men and Women," which the PLAYPEN dictionary defines as "Consenting adult sex — with equality and responsibility; but without guilt, censorship or governmental intervention."

It is because of this that PLAYPEN has produced and coined, in this issue, the phrase most befitting all anti-sex, anti-porn activists — "The New S.S. — Sexual Stormtroopers". We urge you to join PLAYPEN and get mad as hell and not take it anymore. To join up with us and fight. To take a stand — a stand for Sexual Freedom, against Sexual Facism.

Original Magazine $95
Add to Cart

**Volume:** 1 | 2

### Click here to see our entire line of adult mens magazines

**Playpen Grade Definitions**

Complaints | Coins | Blog | Comic Books | Kites | Posters | Magazines | Soul | Dating | Obituary | Outdoor Living | Homeopathy | Contact Us | Golf | Promo | Chat | FAQ

**CAN'T FIND WHAT YOU'RE LOOKING FOR? CLICK HERE!!!**

# PLAYPEN MAGAZINE
## PLAYPEN MAGAZINE MODEL SEARCH

We're currently conducting a model search for PLAYPEN BABES. You must be at least 18 years of age to apply. We're looking for energetic, open minded ladies with bubbling personalities and who consider themselves HOT! So whether you're a pro...or the next hottest newcomer, and you love being in front of the camera, send in your application and "show the world" what you've got!

### How to apply to become a Playpen Magazine "Playpen Babe"

Applicants for Playpen Magazine Babes should send us 3 recent photographs (digital only and NOT retouched!). One that shows full-length, total frontal nudity, one that shows full-length, total back nudity, and One head shot. We need to see your body AND how pretty you are!

Submission must include copies of at least **TWO ID's** (at least one official/state/gov issued photo ID) as proof of applicant's age. **No submissions can be accepted without age verification.** Applicants should also include some basic biographical information such as job, school, and modeling experience if any, your likes, dislikes, height, weight and measurements (be truthful!), along with your postal mailing address, telephone number and DIRECT e-mail contact. Applicants accepted for consideration can expect to be contacted within 4-6 weeks of submission. No digital images will be returned and all information will be kept confident. We will NOT share your info PERIOD!

For an idea of what we're looking for click HERE.

**Send all Playpen Magazine Babe inquires to:**

**Editor at PlaypenMagazine.com**

### What else….

There are a number of other modeling opportunities at Playpen Magazine including Special Editions, possible modeling assignments for Playpen Magazine.com as models, spokes persons, and hostesses. Additionally, there will be a special section for Playpen Hometown Babes, a section dedicated specifically to "girl next door" types. If not selected as a Playpen Babe, applicants are automatically reviewed for their potential to qualify for these other modeling opportunities. Modeling fees paid for assignments vary depending on the assignment.

In addition, one Playpen Magazine Babe each year is selected as Playpen Magazine's "Babe of the Year". Most Playpen Babes have the opportunity to earn additional modeling fees through personal appearances as arranged by Playpen Magazine Promotions as well as other modeling assignments generated within Playpen Magazine.

### Note from the Editor of Playpen Magazine -

"There are few things in life so rewarding as doing what you love for a living. Along with that go a few words of wisdom that were passed to me and that I shall always remember: "You never know unless you try" and "Nothing beats a fail but a try" ....so live it up Baby!"








