# Criminal Minutes

Time Set:     11:00 a.m.
Start Time:   11:00 a.m.
End Time:     11:45 a.m.

United States of America

vs.

Gerald Andrew Darby

Defendant(s)

| | |
|---|---|
| Criminal Case Number: | 2:16cr36 |
| Date: | May 10, 2016 |
| Presiding Judge: | Robert G. Doumar |
| Court Reporter | Heidi Jeffreys, OCR |
| Courtroom Deputy: | Lisa Woodcock |

Proceedings:

The matter came before the Court on defendant's two Motions to Suppress (ECF 15 and 18).  Elizabeth Yusi, AUSA and Leslie Fisher, AUSA appeared on behalf of the United States.  Rodolfo Cejas, AFPD, appeared with the defendant.  Defendant in custody.

Argument by counsel heard.

Comments of the Court.

The Court to prepare an Order.

Defendant remanded to custody of USM.