IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

UNITED STATES OF AMERICA,

v.  CRIMINAL NO. 2:16cr36

GERALD ANDREW DARBY,

Defendant.

## ORDER

As the Court is currently considering the two Motions to Suppress filed by Gerald Andrew Darby ("Defendant"), ECF Nos. 15, 18, the Court finds that it would be in the interest of justice to continue the trial in this matter currently scheduled to begin on May 24, 2016 at 10:00am. A continuation would allow the parties more time to respond to the Court's decision on these motions. The time period during which trial must occur because of the Speedy Trial Act is currently tolled on account of the pending Motions to Suppress. See 18 U.S.C. § 3161(h). Because the Court finds that the ends of justice would be served, the Court **CONTINUES** trial in this matter until June 14, 2016 at 10:00am.

The Clerk is **DIRECTED** to forward a copy of this Order to all Counsel of Record.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Norfolk, VA
May 12, 2016

1