## Federal Public Defender
### Eastern District of Virginia
150 BOUSH STREET, SUITE 403
NORFOLK, VIRGINIA 23510
PHONE: 757-457-0800 DIRECT: 757-457-0885
FAX: (757) 457-0880

GEREMY C. KAMENS
FEDERAL PUBLIC DEFENDER

RODOLFO CEJAS II
ASSISTANT FEDERAL PUBLIC DEFENDER

MAY 13, 2016

Hon. Robert G. Doumar
Senior United States District Judge
Eastern District of Virginia
600 Granby Street, Room 42B
Norfolk, VA 23510

RE: *United States v. Gerald A. Darby*, Case No. 2:16cr36 – Suppression

Dear Judge Doumar:

The defense writes to provide supplemental authority bearing on Defendant's Second Motion to Suppress, which the Court has taken under advisement. Defendant's Second Motion to Suppress cited a Report and Recommendation out of the Northern District of Oklahoma which recommended suppression of all evidence obtained through the same NIT Warrant at issue in this case. *See* ECF No. 18, at 4.

Yesterday, United States District Judge James H. Payne affirmed and adopted the Report and Recommendation and granted the defendant's motion to suppress. *United States v. Arterbury*, Crim. No. 15-182, ECF No. 47 (N.D. Okla. May 12, 2016). Both the Report and Recommendation and the order adopting and affirming it are attached for the Court's review.

Sincerely,

Rodolfo Cejas, II

rc2**