**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **CRIMINAL NO. 2:16cr36** |
| ) | |
| **GERALD ANDREW DARBY,** ) | |
| ) | |
| **Defendant.** ) | |

## SUPPLEMENTAL AUTHORITY TO SUPPORT GOVERNMENT'S RESPONSE TO DEFENDANT'S SECOND MOTION TO SUPPRESS

Now comes the United States of America, by and through attorneys, Dana J. Boente, United States Attorney for the Eastern District of Virginia, Elizabeth M. Yusi, Assistant United States Attorney, and Leslie Williams Fisher, United States Department of Justice Trial Attorney, and submits the attached supplemental authority in support of its opposition to Defendant's Second Motion to Suppress.

Respectfully submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____/s/_____
Elizabeth M. Yusi
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6331
Fax: (757) 441-6678
Email: elizabeth.yusi@usdoj.gov

Leslie Fisher
Trial Attorney
U.S. Department of Justice, Criminal

                Division
                Child Exploitation & Obscenity
                 Section
                1400 New York Ave. NW, Suite 600
                Washington, D.C. 20005
                Office: (202) 616-2557
                Fax: (202) 514-1793
                Leslie.fisher2@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of May, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send an electronic notification of such filing to the following:

Rodolfo Cejas
Assistant Federal Public Defender

_____/s/_____
Elizabeth M. Yusi
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6331
Fax: (757) 441-6678
Email: elizabeth.yusi@usdoj.gov