IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**UNITED STATES OF AMERICA**

      **v.**                                              **CASE NO. 2:16cr36**

**GERALD ANDREW DARBY,**

      **Defendant.**

## DESIGNATION OF CASE AS COMPLEX LITIGATION
## PURSUANT TO 18 U.S.C. 3161(h)(7)(B)(ii)

18 U.S.C. § 3161(h)(7)(B)(ii) provides that a trial may be set beyond the statutory 70 day limit if the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section.

Based upon the representations of the parties, it is hereby ordered that this case is designated as Complex within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii). Accordingly, the case may be set outside the normal 70 day limit imposed by the statute.

_____
THE HONORABLE ROBERT G. DOUMAR
SENIOR UNITED STATES DISTRICT JUDGE

I ASK FOR THIS:

_____/s/_____
Rodolfo Cejas, II
Virginia Bar No. 27996
Assistant Federal Public Defender
Attorney for Gerald A. Darby
Office of the Federal Public Defender

150 Boush Street, Suite 403
Norfolk, Virginia 23510
Phone: (757)457-0800
Facsimile: (757) 457-0880
rodolfo_cejas@fd.org


SEEN AND AGREED:

_____/s/_____
Elizabeth M. Yusi
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6331
Fax: (757) 441-6678
Email: elizabeth.yusi@usdoj.gov