**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

**UNITED STATES OF AMERICA**

       v.                                      **CASE NO. 2:16cr36**

**GERALD ANDREW DARBY,**

      **Defendant.**

## JOINT MOTION TO CONTINUE TRIAL

Comes now the defendant and United States by and through undersigned counsel, and moves this court to continue the trial scheduled in the above-styled case on June 14, 2016 at 10:00 am. In support of this motion the parties submit the following:

- A. The case before the court involves novels questions of both law and fact that relate to the use of the network investigative technique ("NIT").

- B. The parties have submitted numerous and lengthy briefs on a significant number of issues that are the subject of litigation in multiple federal districts, resulting in a body of persuasive law that changes on a regular basis.

- C. The technical information at issue in this case is the subject of disagreement between the parties and resolution by the court will involve the review and testimony of expert witnesses.

- D. In addition to technical issues surrounding the NIT, there are significant novel legal issues surrounding the United States' claim of privilege related to the NIT.

Given the novelty of the factual basis for the case, the significant and novel legal issues presented by this factual scenario, the existence of ongoing litigation in multiple districts related to this case, and the need for expert evaluation of the technical items in this

case, the parties submit that this case is complex, that additional time is necessary for the defense to review the evidence and prepare for trial and that the Speedy Trial date should be extended. Accordingly, the parties move this court for a continuance of the trial as the ends of justice outweigh the rights of the defendant and the public to a speedy trial.

        Respectfully submitted,

        GERALD A. DARBY

By:_____/s/_____
    Rodolfo Cejas, II
    VSB # 27996
    Assistant Federal Public Defender
    ttorney for Gerald A. Darby
    Office of the Federal Public Defender
    150 Boush Street, Suite 403
    Norfolk, Virginia 23510
    Phone: (757)457-0800
    Facsimile: (757) 457-0880
    rodolfo_cejas@fd.org

        And

        DANA J. BOENTE
        UNITED STATES ATTORNEY

By:_____/s/_____
    Elizabeth M. Yusi
    Assistant United States Attorney
    Attorney for the United States
    United States Attorney's Office
    101 West Main Street, Suite 8000
    Norfolk, Virginia 23510
    Phone: (757) 441-6331
    Fax: (757) 441-6678
    Email: elizabeth.yusi@usdoj.gov

# CERTIFICATE OF SERVICE

I certify that on the 7th day of June, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Elizabeth Yusi, Esquire
>United States Attorney's Office
>101 West Main, Suite 8000
>Norfolk, Virginia 23510
>(757) 441-6331
>Email: elizabeth.yusi@usdoj.gov

>By:_____/s/_____
>Rodolfo Cejas, II
>VSB # 27996
>Assistant Federal Public Defender
>Attorney for Gerald A. Darby
>Office of the Federal Public Defender
>150 Boush Street, Suite 403
>Norfolk, Virginia 23510
>(757) 457-0800
>(757) 457-0880 (telefax)
>rodolfo_cejas@fd.org