IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA

 v.              CASE NO. 2:16cr36

GERALD ANDREW DARBY

 **Defendant.**

## ORDER

Upon motion of the defendant and the United States, and pursuant to 18 U.S.C. § 3161 (h)(7)(B)(ii), the Court finds that the ends of justice outweigh the rights of the public and the defendants to a speedy trial and continues the trial of the above-styled case currently set for June 14, 2016. This continuance will allow counsel for the defendant to adequately prepare for pre-trial hearings and trial.

Accordingly, the case is continued and counsel the parties are directed to coordinate a trial date with the Court's scheduling clerk.

               _____
               THE HONORABLE ROBERT G. DOUMAR
               SENIOR UNITED STATES DISTRICT JUDGE

I ASK FOR THIS:

_____/s/_____
Rodolfo Cejas, II
Virginia Bar No. 27996
Assistant Federal Public Defender
Attorney for Gerald A. Darby
Office of the Federal Public Defender
150 Boush Street, Suite 403
Norfolk, Virginia 23510
Phone: (757)457-0800

Facsimile: (757) 457-0880
rodolfo_cejas@fd.org


SEEN AND AGREED:

_____/s/_____
Elizabeth M. Yusi
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6331
Fax: (757) 441-6678
Email: elizabeth.yusi@usdoj.gov