# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

## Friday, June 10, 2016

**MINUTES OF PROCEEDINGS IN** ____Open Court_____

**PRESENT**: THE HONORABLE ____Robert G. Doumar, Senior United States District Judge

Courtroom Deputy: Lori Baxter____

Law Clerk:____Matthew Skanchy_____                    Reporter:___Jody Stewart, OCR__

| Set:   9:00 a.m. | Started:   9:02 a.m. | Ended:   9:10 a.m. |
|---|---|---|

| Case No.   2:16cr36 |
|---|
| |

UNITED STATES OF AMERICA

v.

GERALD ANDREW DARB Y

Appearances:    AUSA Beth Yusi; AFPD Rodolfo Cejas II appeared with the Defendant (in custody).

Hearing held re [32] Joint Motion Designation as Complex Litigation and [33] Joint Motion to Continue Trial. Arguments of counsel.    Comments of Court.    The Court GRANTS the Motion to Declare the case complex and GRANTS the Motion to Continue the trial outside of the speedy trial date.    The defendant concurred with extending his trial past the speedy trial date.    Jury trial is continued to 10/18/16 at 10:00 a.m. in Norfolk before Judge Doumar.    Deft. remanded.