IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA

v.                                                              CASE NO. 2:16cr36

GERALD ANDREW DARBY

Defendant.

## ORDER

Upon motion of the defendant and the United States, and pursuant to 18 U.S.C. § 3161 (h)(7)(B)(ii), the Court finds that the ends of justice outweigh the rights of the public and the defendants to a speedy trial and continues the trial of the above-styled case currently set for June 14, 2016. Additionally, the Court has designated this matter as complex. This continuance will allow counsel for the defendant to adequately prepare for pre-trial hearings and trial.

Accordingly, the case is continued until October 18, 2016.

/s/
Robert G. Doumar
Senior United States District Judge
_____
THE HONORABLE ROBERT G. DOUMAR
SENIOR UNITED STATES DISTRICT JUDGE

June 10, 2016