IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

UNITED STATES OF AMERICA,

v.  CRIMINAL NO. 2:16cr36

GERALD ANDREW DARBY,

Defendant.

## ORDER

This matter comes before the Court on the government's Motion to Seal Exhibit. ECF No. 38. Pursuant to Local Criminal Rule 49(E), the Court **FINDS** that the sealing of Exhibit B attached to the government's Response to Defendant's Motion to Compel is necessary to protect the law enforcement sensitive information contained therein.

The Court **GRANTS** the Motion and **ORDERS** that Exhibit B attached to the government's Response to Defendant's Motion to Compel is sealed until further order of this Court. ECF No. 38.

The Clerk is **DIRECTED** to forward a copy of this Order to all Counsel of Record.

**IT IS SO ORDERED.**

/s/
Robert G. Doumar
Senior United States District Judge
UNITED STATES DISTRICT JUDGE

Norfolk, VA
June 16, 2016

1