# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CRIMINAL NO. 2:16cr43** |
| | ) | |
| **HUNTER VAUGHAN EURE,** | ) | |
| | ) | |
| Defendant. | ) | |

_____

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CRIMINAL NO. 2:16cr36** |
| | ) | |
| **GERALD ANDREW DARBY,** | ) | |
| | ) | |
| Defendant. | ) | |

## SUPPLEMENTAL AUTHORITY TO SUPPORT GOVERNMENT'S RESPONSE TO DEFENDANTS' MOTIONS TO COMPEL

Now comes the United States of America, by and through attorneys, Dana J. Boente, United States Attorney for the Eastern District of Virginia, Elizabeth M. Yusi, Assistant United States Attorney, and Leslie Williams Fisher, United States Department of Justice Trial Attorney, and submits the attached supplemental authority in support of its opposition to defendants' Motion to Compel.

First, the defendant attaches (under seal) as Exhibit A a declaration of FBI Special Agent Daniel Alfin concerning the PCAP report and IP Addresses discussed at the motions hearing. Attached (under seal) to the declarations are Exhibit 1A, a readable screenshot of the PCAP report concerning defendant Darby, and Exhibit 1B, a CD containing the PCAP report in its native format. Attached (under seal) as Exhibit 2A is a readable screenshot of the screenshot of

the PCAP report concerning defendant Eure, and Exhibit 2B, a CD containing the PCAP report in its native format.

In addition, for the Court's convenience, the government has attached as Exhibit B is the transcript of the Motion to Compel hearing in *United States v. Matish*, 4:16cr16, pending before the Honorable Henry Coke Morgan.

                                      Respectfully submitted,

                                      DANA J. BOENTE
                                      UNITED STATES ATTORNEY

By: _____/s/_____
Elizabeth M. Yusi
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6331
Fax: (757) 441-6678
Email: elizabeth.yusi@usdoj.gov

Leslie Fisher
Trial Attorney
U.S. Department of Justice, Criminal Division
Child Exploitation & Obscenity Section
1400 New York Ave. NW, Suite 600
Washington, D.C. 20005
Office: (202) 616-2557
Fax: (202) 514-1793
Leslie.fisher2@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of July, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send an electronic notification of such filing to the following:

Andrew Grindrod
Richard J. Colgan
Rodolfo Cejas
Assistant Federal Public Defenders

_____/s/_____
Elizabeth M. Yusi
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6331
Fax: (757) 441-6678
Email: elizabeth.yusi@usdoj.gov