**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CRIMINAL NO. 2:16cr36** |
| | ) | |
| **GERALD ANDREW DARBY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

_____

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CRIMINAL NO. 2:16cr43** |
| | ) | |
| **HUNTER VAUGHAN EURE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Upon motion of the United States Attorney, pursuant to Local Criminal Rule 49(E), the

Court finds that sealing of the Exhibits A, 1A, 1B, 2A and 2B attached to the government's

supplemental memorandum in response to Defendant's Motion to Compel is necessary to protect

the law enforcement sensitive information contained therein.

It is hereby ORDERED that the exhibits attached to the supplemental memorandum in

response to Defendant's Motion to Compel is sealed until further Order of this Court.

 

_____

The Honorable Robert G. Doumar
Senior United States District Judge

July __, 2016
Norfolk, VA