# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*
<u>NORFOLK DIVISION</u>

## <u>Tuesday, July 5, 2016</u>

**MINUTES OF PROCEEDINGS** **IN**      <u>Open Court</u>
**PRESENT**: THE HONORABLE      <u>Robert G. Doumar, Senior United States District Judge</u>
Courtroom Deputy: <u>Lori Baxter</u>
Law Clerk:   <u>Ross Powell</u>                                              Reporter:   <u>Heidi Jeffreys, OCR</u>

| Set:   2:30 p.m. | Started:   2:30 p.m. | Ended:   6:02 p.m. |
|---|---|---|

| Case No.   2:16cr36 and 2:16cr43 |
|---|
| |
| UNITED STATES OF AMERICA<br><br>                    v.<br><br>          GERALD ANDREW DARBY (2:16CR36)<br><br>          HUNTER VAUGHAN EURE (2:16CR43) |
| |
| Appearances:    AUSA Elizabeth Yusi; AUSA Leslie W. Fisher; AFPD Rodolfo Cejas II appeared with Defendant Darby (in custody).     AFPD Richard Colgan and AFPD Andrew Grindrod appeared with Defendant Eure (on bond). |
| |
| Hearing held re:    [15] Motion to Suppress, [18] Second Motion to Suppress and [30] Motion to Compel Discovery as to Defendant Darby and [21] Motion to Suppress, [23] First Motion to Compel Discovery and [22] Second Motion to Suppress as to Defendant Eure.    Evidence and testimony presented.    Arguments of counsel heard.    Comments of Court.    For the reasons stated on the record, the Motions to Suppress are DENIED at this time and the Court will issue an opinion.    Both USA and defense to provide copies of their emails, encryption and a copy of the data by 12:00 noon on Wednesday, 6/8/16.    Deft.    Darby remanded.     Deft. Eure continued on bond. |
| Witnesses:    G1 - Special Agent Daniel Alfin, FBI<br>         D1 - Dr. Christopher Soghoian<br><br>Exhibits:    GEx.1 – Copies of Tweets by Dr. Soghoian<br>         GEx.2 – Declaration of Dr. Soghoian<br>         DEx.1 – Transcript of Proceedings, 5/19/16, before District Judge Henry Morgan. |