IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 2:16cr36 |
| | ) | |
| GERALD ANDREW DARBY, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 2:16cr43 |
| | ) | |
| HUNTER VAUGHAN EURE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon motion of the United States Attorney, pursuant to Local Criminal Rule 49(E), the Court finds that sealing of the Exhibits A, 1A, 1B, 2A and 2B attached to the government's supplemental memorandum in response to Defendant's Motion to Compel is necessary to protect the law enforcement sensitive information contained therein.

It is hereby ORDERED that the exhibits attached to the supplemental memorandum in response to Defendant's Motion to Compel is sealed until further Order of this Court.

/s/
The Honorable Robert G. Doumar
Senior United States District Judge

July 7, 2016
Norfolk, VA