IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK/NEWPORT NEWS DIVISION

UNITED STATES OF AMERICA

v.

Gerald Andrew Darby     Criminal No. 2:16cr36

## CONSENT

I hereby declare my intention to enter a plea of guilty in this case, and I request and consent to the United States Magistrate Judge conducting the proceedings required by Federal Rule of Criminal Procedure 11, incident to the making and acceptance of such plea. I also consent to the Magistrate Judge accepting any plea agreement I may have with the United States, if requested by the District Judge. I understand that if my plea of guilty is accepted at the plea hearing, it remains for the United States District Judge to adjudicate guilt and impose sentence.

_____
Defendant

_____
Counsel for Defendant

SEEN AND AGREED

_____
Assistant United States Attorney

Date: 9/8/16