# GUILTY PLEA FELONY INDICTMENT MINUTES

| | |
|---|---|
| Time Set: 12:00 p.m. | Date: 09/08/2016 |
| Started: 12:27 pm | Presiding Judge: Douglas E. Miller, USMJ |
| Ended: 12:57 pm | Courtroom Deputy: Cristi Dodd |
| | Reporter: Jody Stewart, OCR / Leslie Fisher |
| | U.S. Attorney: Beth Yusi |
| | Defense Counsel: Rodolfo Cejas |
| | ( ) Retained ( ) Court appointed ( x ) AFPD |
| | Interpreter: |
| | U.S. Probation Officer: Ryan Hurd |

Case Number: 2:16cr36
USA v Gerald Andrew Darby    (X) in custody    ( ) on bond

- (X) Defendant requested to withdraw plea of not guilty to Count(s) One and enter a plea of guilty to said Count(s).
- (X) Consent to Proceed before a U.S. Magistrate Judge pursuant to Rule 11, executed and filed in open court.
- (X) Defendant sworn.
- (X) Court fully advised defendant of rights, charges, and maximum penalties. Defendant acknowledged he/she understood.
- (X) Plea agreement reviewed, executed, and filed in open court.    ( ) No plea agreement.
- (X) Court inquired as to voluntariness of plea.
- (X) Court inquired as to threats or promises.
- (X) Court advised defendant that by pleading guilty the right to a trial by jury is waived.
- ( ) Court accepts plea of guilty as to Count(s) One
- (X) Plea of guilty entered.
- (X) Defendant satisfied with services of counsel.
- (X) Court inquired re: plea negotiations
- (X) Remaining count(s) to be dismissed at Sentencing.
- (X) Statement of Facts executed and filed in open court.
- (X) Continued for pre-sentence report.
- (X) Court explained to defendant that by pleading guilty right to appeal is waived pursuant to plea agreement.
- (X) Sentencing set: 12/15/16 @ 10am before U.S. District Judge RGD
- (X) Norfolk    ( ) Newport News
- (X) Unsigned Sentencing Procedure Order provided to defendant.
- (X) Sentencing Procedure Order entered and filed in open court.
- ( ) Order Accepting Plea of Guilty entered and filed in open court.
- ( ) Court ( ) finds ( ) withholds finding defendant guilty as charged in Count (s) _____
- ( ) Defendant continued on bond.    ( ) See Additional conditions of release.
- ( ) Bond set _____    ( ) See conditions of Release
- (X) Defendant remanded to custody of U.S. Marshal.
- ( ) Transportation Order entered and filed in open court.
- (X) Court to prepare an R:R