**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **CRIMINAL NO. 2:16cr36** |
| ) | |
| **GERALD ANDREW DARBY,** ) | |
| ) | |
| **Defendant.** ) | |

**UNITED STATES' NOTICE OF FILING ON JUNE 30, 2016 OF *EX PARTE/IN CAMERA* CLASSIFIED MOTION AND AFFIDAVIT IN SUPPORT**

        Respectfully submitted,

        Dana J. Boente
        United States Attorney

By:    /s/ Elizabeth   M. Yusi
        Elizabeth M. Yusi
        Assistant United States Attorney
        Attorney for the United States
        United States Attorney's Office
        101 West Main Street, Suite 8000
        Norfolk, VA 23510
        Office Number - 757-441-6331
        Facsimile Number - 757-441-6689
        E-Mail Address - elizabeth.yusi@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of October, 2016, I electronically filed the foregoing notice with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Rodolfo Cejas, Esq.

/s/ Elizabeth M. Yusi
Elizabeth M. Yusi
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Phone: 757-441-6331
Fax: 757-441-6689
Email: elizabeth.yusi@usdoj.gov