# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** )  ) | |
| v.     ) ) | **CRIMINAL NO. 2:16cr36** |
| **GERALD ANDREW DARBY**   ) ) | |
| **Defendant.**   ) | |

### GOVERNMENT'S MOTION FOR DOWNWARD ADJUSTMENT
### IN GUIDELINE RANGE PURSUANT TO U.S.S.G. § 3E1.1(b)

The United States of America, by and through Dana J. Boente, United States Attorney, and Elizabeth M. Yusi, Assistant United States Attorney, moves for a one-point downward adjustment in the defendant's offense level pursuant to United States Sentencing Guideline (U.S.S.G.) Section 3E1.1(b), and in support of this motion, states as follows:

1. The defendant is eligible to receive the two-point reduction in offense level for acceptance of responsibility pursuant to U.S.S.G. § 3E1.1(a).

2. The defendant's offense level determined prior to the application of U.S.S.G. § 3E1.1(a) was sixteen or greater.

3. The defendant assisted in the prosecution of his own misconduct by timely notifying the government of his intention to plead guilty.

4. The defendant's notification of his intention to enter into an early plea allowed the government to avoid preparing for trial, and further allowed the government and this Court to allocate their resources efficiently.

5. Accordingly, the government moves for a one-point downward adjustment in the defendant's offense level pursuant to U.S.S.G. § 3E1.1(b).

                                      DANA J. BOENTE
                                      UNITED STATES ATTORNEY

By:        /s/
                                      Elizabeth M. Yusi
                                      Assistant United States Attorney
                                      Attorney for the United States
                                      United States Attorney's Office
                                      101 West Main Street, Suite 8000
                                      Norfolk, VA 23510
                                      Office Number: 757-441-6331
                                      Facsimile Number: 757-441-6689
                                      E-Mail Address: elizabeth.yusi@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of December, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Rodolfo Cejas, Esq.

I FURTHER CERTIFY that on this 9th day of December, 2016, I caused a true and correct copy of the foregoing Position of the Government with Respect to Sentencing Factors to be e-mailed to the following:

Tara R. Gill<br>U.S. Probation Officer<br>d

/s/ Elizabeth M. Yusi
Elizabeth M. Yusi
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Office Number: 757-441-6331
Facsimile Number: 757-441-6689
E-Mail Address: elizabeth.yusi@usdoj.gov