COURTROOM MINUTES OF CRIMINAL PROCEEDINGS
NORFOLK/NEWPORT NEWS DIVISION

**SENTENCING**

Set: 10:00 a.m.
Started: 10:06 am
Ended: 10:50 am

Date: 12/15/16
Judge: Robert G. Doumar, SUSDJ
Court Reporter: Paul McManus, OCR
U.S. Attorney: Beth Yusi / Leslie Fisher
Defense Counsel: Rodolfo Cejas, AFPD
CRD/Law Clerk: Lori Baxter/Christine Choi
Probation Officer: Tara Gill

Case No. 2:16cr36    Defendant: GERALD ANDREW DARBY
( X ) in custody    ( ) on bond    Interpreter: _____

__X__ Came on for disposition.

_____ Govt/Deft motion for _____ - Argued.
       _____ Granted.    _____ Denied.
_____ Presentence report reviewed.    _____ Objections heard and rulings made.
_____ Evidence presented. (Witnesses and exhibits listed on last page)
__✓__ Arguments of counsel.
__✓__ Statement of defendant.   (Sworn / Unsworn)
__✓__ Court finds deft. GUILTY as to Count(s) __1__ after a plea before a USMJ.

**IMPRISONMENT**

SENTENCE: Count(s) __1__: The deft. shall be committed to the custody of B.O.P. to be imprisoned for a term of __60__ months. The term consists of _____ months on Count _____ and a term of _____ months on Count _____, all to be served concurrently/consecutively.

__✓__ The deft. is remanded to the custody of the U.S. Marshal.

_____ The deft. shall receive credit for time served.

_____ The deft. shall surrender for service of the sentence at the institution designated by the Bureau of Prisons/U.S. Marshal, before _____ on _____, as notified by the U.S. Marshal. If no designation received, the deft. is to report to the USM, 600 Granby Street, Norfolk, VA before _____ on _____.

**PROBATION / SUPERVISED RELEASE**

_____ The deft. shall be placed on probation for a term of _____ years.

__✓__ Upon release from imprisonment, the deft. shall be on supervised release for a term of __15__ years. This term consists of _____ years on Count _____, and _____ years on Count _____, all to run concurrently.

## **SPECIAL CONDITIONS OF SUPERVISION**

\_\_\_\_\_ As reflected in the presentence report, the deft. presents a low risk of future substance abuse and therefore, the court hereby suspends the mandatory condition for substance abuse testing as defined by 18 USC 3563 (a)(5).   However, this does not preclude the probation office from administering drug tests as they may deem appropriate.

\_\_\_\_\_ The deft. shall participate in a program approved by the United States Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the deft. has reverted to the use of drugs or alcohol, with partial cost to be paid by the deft., all as directed by the probation officer.

\_\_\_\_\_ The deft. shall participate in a program approved by the United States Probation Office for mental health program/anger management/alcohol education treatment.   The costs of these programs are to be paid partially by the deft. as directed by the probation officer.

\_\_\_\_\_ The deft. shall waive all rights of confidentiality regarding substance abuse treatment in order to allow the release of information to the United States Probation Office and the Bureau of Prisons and authorize communication between the probation officer, the Bureau of Prisons and the treatment provider.

\_\_\_\_\_The deft. shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

\_\_\_\_\_The deft. shall provide the probation officer access to any requested financial information.

\_\_\_\_\_The defendant shall apply monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court-ordered financial obligation.

\_\_\_\_\_The defendant shall participate in the Treasury Offset Program.

\_\_\_\_\_ The defendant shall pay for the support of his children in the amount ordered by any social service agency or court of competent jurisdiction.   In the absence of such order, payments are to be made on a schedule to be determined by the Court at the inception of supervision, based on the defendant=s financial circumstances.

\_\_\_\_\_The deft. shall be on Home Detention, which shall include electronic monitoring at the deft's expense, for a period of _____ consecutive months/days.   During this time, he/she shall remain at his/her place of residence except for employment and other activities approved in advance by the probation officer.

\_\_\_\_\_While on home detention, the deft. shall maintain a telephone at his place of residence without party lines, telephone answering machines, a modem, "call forwarding," "caller ID," "call waiting," "portable cordless telephones or any other devices or services that may interfere with the proper functioning of the electronic monitoring equipment for the above period.   He shall wear an electronic monitoring device, follow electronic monitoring procedures, and pay the cost of the electronic monitoring, all as directed by the probation officer.

\_\_\_\_\_The defendant shall obtain a General Equivalency Diploma (GED) or a vocational skill if not employed full-time and if not previously obtained.

\_\_\_\_\_Upon completion of the term in imprisonment, the defendant is to be surrendered to a duly-authorized immigration official of the Department of Homeland Security Bureau of Immigration and Customs Enforcement for deportation in accordance with established procedures provided by the Immigration and

Naturalization Act, 8 USC Section 1101, et seq.

## SEX OFFENDER CONDITIONS

1) If the defendant tests positive for illicit substances or alcohol during his period of supervised release, he shall participate in a program approved by the United States Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial costs to be paid by the defendant, all as may be directed by the probation officer.

2) The defendant will abstain from alcohol during his period of supervised release unless he has pre-approval therefrom the probation officer.

3) The defendant shall waive all rights of confidentiality regarding substance abuse treatment or psychological treatment in order to allow the release of information to the United States Probation Office and to the Bureau of Prisons, and authorize communication between the probation officer, the Bureau of Prisons, and any treatment provider.

4) The defendant shall participate in a program approved by the United States Probation Office for mental health treatment to include a psychosexual evaluation and sex offender treatment. The costs of these programs are to be paid partially by the defendant as may be directed by the probation officer.

5) The defendant shall waive all rights of confidentiality regarding sex offender and mental health treatment to allow the release of information to the United States Probation Office and the Bureau of Prisons and authorize communication between the probation officer and the Bureau of Prisons and any treatment provider.

6) The defendant shall submit to polygraph testing as directed by the United States Probation Office as part of his sexual offender therapeutic treatment. The costs of the testing are to be paid partially by the defendant, all as directed by the probation officer.

7) The defendant shall submit to penile plethysmograph testing or Able Assessment for Sexual Interest as directed by the United States Probation Office as part of his sex offender therapeutic treatment. The costs of the testing are to be paid partially by the defendant as may be directed by the probation officer.

8) The defendant shall not utilize any sex-related adult telephone services, websites, or electronic bulletin boards. The defendant shall submit any records requested by the probation officer to verify compliance with this condition including, but not limited to, credit card bills, telephone bills, cable and satellite television bills, or any type of bill that may be provided by the provider of such information.

9) The defendant shall not have any access to or possess any pornographic material or pictures displaying nudity or any magazines using juvenile models or pictures of juveniles.

10) The defendant shall have no contact with minors unless supervised by a competent, informed adult, approved in advance by the probation officer.

11) The defendant shall not engage in any employment or volunteer services that allow him access to computers or minors, without the specific permission of the probation officer.

12) Pursuant to the Adam Walsh Child Protection and Safety Act of 2006, the defendant shall register with the state sex offender registration agency in any state where the defendant resides, works, or attends school, according to federal and state law and as may be directed by the probation officer.

13) Pursuant to the Adam Walsh Child Protection and Safety Act of 2006, the defendant shall submit to a search of his person, property, house, residence, vehicle, papers, computer, and any electronic communications or data storage devices or media, and effects similar thereto at any time, by any law enforcement or probation officer with reasonable suspicion concerning unlawful conduct or a violation of a condition of supervision upon prior notification to and approval by the Court or with a warrant.

14) The defendant shall not possess or use a computer to access any online computer services at any location, including employment, without the prior approval of the probation officer. This includes any internet service providers, bulletin board systems or any public or private computer network.

__✓__ *Consent Order of Forfeiture entered.*

## FINANCIAL PENALTIES

__✓__ Court finds deft. is unable to pay fine.

_____ The deft. shall pay a fine of $_____.    Interest waived? ___ yes / ___ no

_____ The deft. shall make restitution in the amount of $ _ϕ_ _____.
                                                              Interest waived? ___ yes / ___ no

_____ Restitution is joint and several with_____

__✓__ The deft. shall pay a special assessment of $ _100.00_ as to each count.

The TOTAL SPECIAL ASSESSMENT due is _$100.00_

## SCHEDULE OF PAYMENTS

__✓__ The Special Assessment/Restitution shall be due in full immediately.

__✓__ Any balance remaining unpaid on the special assessment/~~restitution~~ at the inception of supervision shall be paid by the defendant ~~in installments of not less than $_____ per month, until paid in full. Said payments shall commence 60 days after defendant's supervision begins.~~
↳ *upon Supervision.*

_____ At the time supervision commences, the probation officer shall take into consideration the defendant's economic status as it pertains to his ability to pay the special assessment/restitution ordered and shall notify the court of any changes that may be needed to be made to the payment schedule.

_____ Any special assessment or restitution payments may be subject to penalties for default and delinquency.

_____ Nothing in the court's order shall prohibit the collection of any judgment or fine by the United States.

_____ Since this judgment imposes a period of imprisonment, payment of criminal monetary penalties, including the special assessment and restitution, shall be due during the period of imprisonment. All criminal monetary penalty payments, including the special assessment, are to be made to the Clerk, United States District Court, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program.

## APPEAL RIGHTS/DISMISSAL OF COUNTS/BOP RECOMMENDATIONS

_____ The deft. notified of right of appeal.

_____ Court noted that deft. waived right of appeal in plea agreement.

__✓__ On motion of govt. the remaining counts of the indictment, to which the deft. has not

pled guilty, are hereby dismissed.

\_\_\_\_\_ The deft. is continued on present bond & cautioned re: bail jumping.

\_\_\_\_\_ The Court recommends that the defendant be confined in an institution _____.

√ The Court recommends/directs that while incarcerated:

\_\_\_ The defendant shall participate in a substance abuse program.
\_\_\_ The defendant shall develop a skill or trade.
\_\_\_ The defendant shall obtain his/her GED.
✗ *the defendant participate in program to include psychosexual evaluation of and sex offender treatment.*

**Comments/Witnesses/Exhibits**

Witness: _____

Witness: _____

Witness: _____

Exhibit: _____

Exhibit: _____

Exhibit: _____