IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
IN OPEN COURT

DEC 1 5 2016

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 2:16CR36 |
| | ) | |
| GERALD ANDREW DARBY | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT ORDER OF FORFEITURE

BASED UPON the defendant's plea agreement with the United States, and FINDING that the requisite nexus exists between the property listed below, in which the defendant has an interest, and the offense(s) to which the defendant has pled guilty, IT IS HEREBY ORDERED pursuant to Federal Rule of Criminal Procedure 32.2 that:

1. The following property is forfeited to the United States pursuant to 18 U.S.C. § 2253:

    (a) One (1) Asus laptop computer, Model G75V, Serial Number C5N0AS237796193 and the hard drive contained therein;

    (b) One (1) Asus laptop computer, Model G751J, Serial Number EBN0WU09800145C and the hard drive contained therein; and

    (c) One (1) Seagate external hard disk drive, Serial Number 2GEVV7TA.

2. The United States shall seize all forfeited property and shall take full and exclusive custody and control of same.

3. The United States shall, to the extent practicable, provide direct written notice to any persons known to have alleged an interest in the seized property, and shall publish notice of this order in accordance with Federal Rule of Criminal Procedure 32.2(b)(6).

4. Any person, other than the defendant, asserting any legal interest in the property may, within thirty days of the publication of notice or the receipt of notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of their alleged interest in the property.

5. Following the Court's disposition of all timely petitions filed, a final order of forfeiture shall be entered. If no third party files a timely petition, this order shall become the final order of forfeiture, as provided by Federal Rule of Criminal Procedure 32.2(c)(2), and the United States shall have clear title to the property, and shall dispose of the property in accordance with law.

6. The parties stipulate and agree that the aforementioned asset represents property described in 18 U.S.C. § 2253 and, as such, is subject to forfeiture thereunder. The defendant hereby waives the requirements of Federal Rules of Criminal Procedure 11(b)(1)(J), 32.2, and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment, and consents to the entry of this order.

Dated this __15__ day of __December__ 2016.

/s/
Robert G. Doumar
Senior United States District Judge
UNITED STATES DISTRICT JUDGE

I ask for this:
Dana J. Boente
United States Attorney

By: _____
Elizabeth Yusi
Assistant United States Attorney
Attorney for the United States
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number: (757) 441-6331
Facsimile Number: (757) 441-6689
Email Address: elizabeth.yusi@usdoj.gov


Seen and Agreed
Gerald Andrew Darby
Defendant

By: _____     By: _____
Gerald Andrew Darby                      Rodolfo Cejas, II
                                         Office of the Federal Public Defender
                                         150 Boush Street, Suite 403
                                         Norfolk, Virginia 23510
                                         Office Number: (757) 457-0800
                                         Facsimile Number: (757) 314-2382
                                         E-mail Address: rodolfo_cejas@fd.org

3