IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

UNITED STATES OF AMERICA

    v.                                                      CASE NO. 2:16cr36

GERALD ANDREW DARBY,

    Defendant.

## NOTICE OF APPEAL

NOTICE is hereby given that Gerald Andrew Darby, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment entered in this action on December 16, 2016.

                                            Respectfully submitted,

                                            GERALD ANDREW DARBY

                By           /s/
                           Rodolfo Cejas, II
                           Virginia State Bar No. 27996
                           Attorney for Gerald Andrew Darby
                           Office of the Federal Public Defender
                           150 Boush Street, Suite 403
                           Norfolk, Virginia 23510
                           Telephone: 757-457-0800
                           Facsimile: 757-457-0880
                           rodolfo_cejas@fd.org

CERTIFICATE OF SERVICE

I certify that on this 29th day of December, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification (NEF) to:

Elizabeth M. Yusi, AUSA
Leslie W. Fisher, AUSA
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone Number: 757-441-6331
Fax Number: 757-441-6689
Email Address: elizabeth.yusi@usdoj.gov
Email Address: leslie.fisher2@usdoj.gov

And I hereby certify that I will mail the document by U.S. Mail to the following non-filing user once designated on BOP's website:

Gerald Andrew Darby , Reg. No. 89788-083

/s/
Rodolfo Cejas, II
Virginia State Bar No. 27996
Attorney for Gerald Andrew Darby
Office of the Federal Public Defender
150 Boush Street, Suite 403
Norfolk VA 23510
Telephone: 757-457-0800
Facsimile: 757-457-0880
rodolfo_cejas@fd.org