FILED: January 4, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-4004
(2:16-cr-00036-RGD-DEM-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

GERALD ANDREW DARBY

    Defendant - Appellant

_____

O R D E R
_____

    The court appoints the Federal Public Defender for the Eastern District of Virginia to represent Gerald Andrew Darby in this case.

                  For the Court--By Direction

                  /s/ Patricia S. Connor, Clerk