# Request for Funds & Expert Services
*Office of the Federal Public Defender*
*Eastern District of Virginia*

TO: _____   DATE: _____
FROM: _____   FPD Case _____
CLIENT: _____   VAE Case _____

☐ This is a supplemental request   Date of original request _____

STATUS: _____   JURISDICTION: _____
CHARGE: _____

SERVICE REQUESTED: _____
IF OTHER, PLEASE SPECIFY: _____

## EXPERT INFORMATION - PLEASE FILL OUT ALL FIELDS

NAME _____   PHONE _____
                               FAX _____
ADDRESS _____   EMAIL _____

BUSINESS NAME: _____
SSN # / EMPLOYER ID # _____

DESCRIPTION OF REQUESTED SERVICE   (Include dates, quantities, and specific requests of the expert, such as reports, testimony, or consults)

The person named above is a qualified expert in this subject matter of field, pursuant to the criteria set forth in the *Guide* and qualifies as an "expert" under 5 U.S.C. § 3109.  Guide, Volume 14, § 520.15

JUSTIFICATION FOR OBTAINING SERVICE

| # OF UNITS REQUESTED | RATE | UNIT | TOTAL |
|---|---|---|---|
| | | | |

### Travel
Admininstrative Officer has been contacted and travel is authorized: ☐
*(It is not necessary to gain approval for regular interpreter services that are greater than 30 miles from expert's normal work area)*

Expected Travel Costs: _____

## GRAND TOTAL

*(Notify traveler that reimbursement will only be approved for government rate, it is the travelers responsibilty to stay within this rate.  If traveler encounters problems obtaining government rate, please notify AdO)*

I, the Federal Public Defender (FPD), have reviewed and authorize this expenditure of funds

*Leave Blank for Financial Officer*

FPD Signature: _____

Purchase Order # _____

*Revised 02/03/2014*