FILED: February 22, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-4004
(2:16-cr-00036-RGD-DEM-1)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

GERALD ANDREW DARBY

       Defendant - Appellant

_____

M A N D A T E
_____

The judgment of this court, entered January 31, 2017, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*