IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIMINAL NO. 2:16CR36 |
| ) | |
| GERALD ANDREW DARBY ) | |
| ) | |
| Defendant.   ) | |

**NOTICE OF PUBLICATION AND
FINALITY OF CONSENT ORDER OF FORFEITURE**

NOW COMES the United States and represents as follows:

WHEREAS on December 15, 2016, this Court entered a Consent Order of Forfeiture (Document 66) as to defendant Gerald Andrew Darby, ordering the forfeiture of the following property:

    **(a)**     **One (1) Asus laptop computer, Model G75V, Serial Number C5N0AS237796193 and the hard drive contained therein;**

    **(b)**     **One (1) Asus laptop computer, Model G751J, Serial Number EBN0WU09800145C and the hard drive contained therein; and**

    **(c)**     **One (1) Seagate external hard disk drive, Serial Number 2GEVV7TA.**

AND WHEREAS the United States published on an official government website (www.forfeiture.gov) for thirty (30) consecutive days, beginning on December 17, 2016, and ending on January 15, 2017, as required by Federal Rule of Criminal Procedure 32.2(b)(6) and evidenced by the attached Declaration and Advertisement, notice of this forfeiture action and the intent of the United States to dispose of the property in accordance with the law and as specified in the Consent Order of Forfeiture, and further notified all third parties, if any, of their right to

petition the Court within thirty (30) days for a hearing to adjudicate the validity of their legal interest in the property;

AND WHEREAS no petitions asserting an interest in the forfeited property have been filed and the time for doing so has expired;

AND WHEREAS the Consent Order of Forfeiture provides that it will become the final order of forfeiture in the absence of any third party claims, as provided by Fed. R. Crim. P. 32.2(c)(2);

It appears that all right, title, and interest in the subject property has been forfeited to the United States of America in accordance with the Consent Order of Forfeiture, and may be disposed of according to law.

Respectfully submitted,

Dana J. Boente
United States Attorney

By: /s/ Kevin Hudson
Kevin Hudson
Assistant United States Attorney
Virginia State Bar No. 81420
Attorney for the United States
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number: (757) 441-6331
Facsimile Number: (757) 441-6689
Email Address: kevin.hudson@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of February, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notification of such filing (NEF) to all counsel of record.

By:     /s/ Kevin Hudson
Kevin Hudson
Assistant United States Attorney
Virginia State Bar No. 81420
Attorney for the United States
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number: (757) 441-6331
Facsimile Number: (757) 441-6689
Email Address: kevin.hudson@usdoj.gov