IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:16CR36 |
| | ) |
| Gerald Andrew Darby | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on December 17, 2016 and ending on January 15, 2017. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 27, 2017 at Norfolk, VA.

_____
Bonnie Holdman
Paralegal

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA, NORFOLK DIVISION
COURT CASE NUMBER: 2:16CR36; NOTICE OF FORFEITURE

Notice is hereby given that on December 15, 2016, in the case of U.S. v. Gerald Andrew Darby, Court Case Number 2:16CR36, the United States District Court for the Eastern District of Virginia entered an Order condemning and forfeiting the following property to the United States of America:

Two (2) Asus laptop computers and a Seagate external hard disk drive: see list (16-FBI-002293), including the following items: One (1) Asus laptop computer, Model G75V, Serial No: C5N0AS237796193; One (1) Asus laptop computer, Model G751J, Serial No: EBN0WU09800145C; and one (1) Seagate USB external hard disk drive, Serial No: 2GEVV7TA which were seized from Gerald Andrew Darby on January 7, 2016 at 1609 S. River Creek Landing, located in Suffolk, Virginia.

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (December 17, 2016) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, Walter E. Hoffman United States Courthouse, 600 Granby Street, Norfolk, VA 23510, and a copy served upon Assistant United States Attorney Kevin Hudson, 101 W. Main Street, Suite 8000, Norfolk, VA 23510. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.