NORFOLK/NEWPORT NEWS DIVISION
GUILTY PLEA PROCEEDINGS

Date: 3/21/17
Time Set: 10:00 a.m.
Started: 10:03 am
Ended: 10:52 am

Presiding Judge: Robert G. Doumar, SUSDJ
Court Reporter: Emily Koppenhaver Taylor
U.S. Attorney: Beth Yusi
Defense Counsel: Rodolfo Cejas, AFPD
Courtroom Deputy: Lori Baxter
Probation Interpreter: Tara Gill

Case No.: 2:16CR36    Defendant: GERALD ANDREW DARBY

( X ) in custody    ( ) on bond

✓ Deft. agreed ~~to w/draw plea of not guilty~~ to Count(s) 1 and enter a plea of guilty to said Count.
___ Court inquired re prior plea offers.
___ Deft. agreed to plea to a criminal information.
✓ Deft. sworn.
___ Waiver of Indictment filed.
✓ Court fully advised deft. re proceedings and his rights.    Deft. acknowledged he understood.
✓ Court explained charge and maximum penalties.
✓ Plea agreement reviewed and filed in open court.
✓ Court inquired re vol. of plea.
✓ Court inquired re threats or promises.
✓ Plea of guilty entered by defendant to Count(s) 1. (Subject to the motions to Suppress)
✓ Court explained to defendant that by pleading guilty he waived jury trial.
✓ Defendant satisfied with services of counsel.
___ Continued for pre-sentence report. (WAIVED)
✓ Court advised deft. that by pleading guilty he waived his right of appeal, pursuant to plea agreement.
✓ Statement of facts read into the record by AUSA Leslie Fisher.
✓ Statement of Facts filed in open court.
✓ Plea of guilty to Count(s) 1 accepted by Court.
✓ Court finds defendant GUILTY. Subject to 2 motions to suppress
___ Set for disposition _____ in Norfolk Division.
___ Unsigned copy of Sentencing Procedure Order furnished to defendant before Court convened.
___ Sentencing Procedures Order entered and filed in open court.
___ Bond set _____ (see conditions next page).    Court cautioned re bail jumping.
___ Consent Order of Forfeiture entered and filed.
___ Defendant remanded to custody of Marshal.