COURTROOM MINUTES OF CRIMINAL PROCEEDINGS
NORFOLK/NEWPORT NEWS DIVISION

SENTENCING

Set: 10:00 a.m.
Started: 10:03 a.m.
Ended: 11:31 am

Date: 3/20/17
Judge: Robert G. Doumar, SUSDJ
Court Reporter: Emily Keppenhaver, Taylor
U.S. Attorney: Beth Yusi
Defense Counsel: Rodolfo Cejas, AFPD
CRD/Law Clerk: Lori Baxter/Christine Choi
Probation Officer: Tara Gill

Case No. 2:16CR36 Defendant: GERALD ANDREW DARBY
( X ) in custody ( ) on bond Interpreter: ____

X Came on for disposition.

✓ Govt/Deft motion for to waive PSR and proceed to sentencing Argued.
✓ Granted. ____ Denied.

✓ Presentence report ~~reviewed.~~ previously prepared ✓ Objections heard and rulings made.

____ Evidence presented. (Witnesses and exhibits listed on last page)

✓ Arguments of counsel. Adopted previous arguments

____ Statement of defendant. (Sworn / Unsworn)

____ Court finds deft. GUILTY as to Count(s) ____ after a plea before a USMJ.

## IMPRISONMENT

SENTENCE: Count(s) 1: The deft. shall be committed to the custody of B.O.P. to be imprisoned for a term of 60 months. The term consists of ____ months on Count ____ and a term of ____ months on Count ____, all to be served concurrently/consecutively.

✓ The deft. is remanded to the custody of the U.S. Marshal.

____ The deft. shall receive credit for time served.

____ The deft. shall surrender for service of the sentence at the institution designated by the Bureau of Prisons/U.S. Marshal, before ____ on ____, as notified by the U.S. Marshal. If no designation received, the deft. is to report to the USM, 600 Granby Street, Norfolk, VA before ____ on ____.

## PROBATION / SUPERVISED RELEASE

____ The deft. shall be placed on probation for a term of ____ years.

✓ Upon release from imprisonment, the deft. shall be on supervised release for a term of 15 years. This term consists of ____ years on Count ____, and ____ years on Count ____, all to run concurrently.

While on supervised release pursuant to this Judgment, the defendant shall also comply with the following additional special conditions:

1) If the defendant tests positive for illicit substances or alcohol during his period of supervised release, he shall participate in a program approved by the United States Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial costs to be paid by the defendant, all as may be directed by the probation officer.

2) The defendant shall abstain from alcohol during his period of supervised release.

3) The defendant shall waive all rights of confidentiality regarding substance abuse treatment in order to allow the release of information to the United States Probation Office and authorize communication between the probation officer and any treatment provider.

4) The defendant shall participate in a program approved by the United States Probation Office for mental health treatment to include a psychosexual evaluation and sex offender treatment. The costs of these programs are to be paid partially by the defendant as may be directed by the probation officer.

5) The defendant shall waive all rights of confidentiality regarding sex offender and mental health treatment to allow the release of information to the United States Probation Office and the Bureau of Prisons and authorize communication between the probation officer, the Bureau of Prisons, and any treatment provider.

6) The defendant shall submit to polygraph testing as directed by the United States Probation Office as part of his sexual offender therapeutic program. The costs of the testing are to be paid partially by the defendant, all as directed by the probation officer.

7) The defendant shall submit to penile plethysmograph testing or Able Assessment for Sexual Interest as directed by the United States Probation Office as part of his sex offender therapeutic treatment. The costs of the testing are to be paid partially by the defendant as may be directed by the probation officer.

8) The defendant shall not utilize any sex-related adult telephone services, websites, or electronic bulletin boards. The defendant shall submit any records requested by the probation officer to verify compliance with this condition including, but not limited to, credit card bills, telephone bills, cable and satellite television bills, or any bills of any kind to access any internet or other type of devices.

9) The defendant shall not have any access to or possess any pornographic material or pictures displaying nudity or any magazines using juvenile models or pictures of juveniles.

10) The defendant shall have no contact with minors unless supervised by a competent, informed adult, approved in advance by the probation officer.

11) The defendant shall not engage in any employment or volunteer services that allow him access to computers or minors, without the express permission in advance by the probation officer.

12) Pursuant to the Adam Walsh Child Protection and Safety Act of 2006, the defendant shall register with the state sex offender registration agency in any state where the defendant resides, works, or

attends school, according to federal and state law and as directed by the probation officer.

13) Pursuant to the Adam Walsh Child Protection and Safety Act of 2006, the defendant shall submit to a search of his person, property, house, residence, vehicle, papers, computer, and any electronic communications or data storage devices or media, and his effects at any time, by any law enforcement or probation officer with reasonable suspicion concerning unlawful conduct or a violation of a condition of supervision upon prior notification to and approval by the Court or with a warrant.

14) The defendant shall not possess or use a computer to access any online computer services at any location, including employment, without the prior approval of the probation officer. This includes any internet service providers, bulletin board systems or any other public or private computer network.

## FINANCIAL PENALTIES

not capable of paying the fine

__✓__ Court finds deft. is unable to pay fine.

_____ The deft. shall pay a fine of $_______________. Interest waived? ___ yes / ___ no

_____ The deft. shall make restitution in the amount of $______________________________. Interest waived? ___ yes / ___ no

_____ Restitution is joint and several with______________________________

__✓__ The deft. shall pay a special assessment of $ 100.00 as to each count.

The TOTAL SPECIAL ASSESSMENT due is $100.00.

## SCHEDULE OF PAYMENTS

__✓__ The Special Assessment/~~Restitution~~ shall be due in full immediately.

__✓__ Any balance remaining unpaid on the special assessment/~~restitution~~ at the inception of supervision shall be paid by the defendant in installments of not less than $ 25.00 per month, until paid in full. Said payments shall commence 60 days after defendant's supervision begins.

_____ At the time supervision commences, the probation officer shall take into consideration the defendant's economic status as it pertains to his ability to pay the special assessment/restitution ordered and shall notify the court of any changes that may be needed to be made to the payment schedule.

_____ Any special assessment or restitution payments may be subject to penalties for default and delinquency.

__✓__ Nothing in the court's order shall prohibit the collection of any judgment, SA, or fine by the United States.

_____ Since this judgment imposes a period of imprisonment, payment of criminal monetary penalties, including the special assessment and restitution, shall be due during the period of imprisonment. All criminal monetary penalty payments, including the special assessment, are to be made to the Clerk, United States District Court, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program.

## APPEAL RIGHTS/DISMISSAL OF COUNTS/BOP RECOMMENDATIONS

_____ The deft. notified of right of appeal.

_____ Court noted that deft. waived right of appeal in plea agreement.

__✓__ On motion of govt. the remaining counts of the indictment, to which the deft. has not pled guilty, are hereby dismissed. if not previously dismissed

_____ The deft. is continued on present bond & cautioned re: bail jumping.

_____ The Court recommends that the defendant be confined in an institution ______________________________.

_____ The Court recommends/directs that while incarcerated:

- ___ The defendant shall participate in a substance abuse program.
- ___ The defendant shall develop a skill or trade.
- ___ The defendant shall obtain his/her GED.

**Comments/Witnesses/Exhibits**

Witness: ______________________________

Witness: ______________________________

Witness: ______________________________

Exhibit: ______________________________

Exhibit: ______________________________

Exhibit: ______________________________