IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

UNITED STATES OF AMERICA

    v.                                               CASE NO. 2:16cr36

GERALD ANDREW DARBY,

    Defendant.

## NOTICE OF APPEAL

NOTICE is hereby given that Gerald Andrew Darby, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment entered in this action on March 27, 2017.

                        Respectfully submitted,

                        GERALD ANDREW DARBY

        By        /s/
                    Rodolfo Cejas, II
                    Virginia State Bar No. 27996
                    Attorney for Gerald Andrew Darby
                    Office of the Federal Public Defender
                    150 Boush Street, Suite 403
                    Norfolk, Virginia 23510
                    Telephone: 757-457-0800
                    Facsimile: 757-457-0880
                    rodolfo_cejas@fd.org

CERTIFICATE OF SERVICE

I certify that on this 10th day of April, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification (NEF) to:

Elizabeth M. Yusi, AUSA
Leslie W. Fisher, AUSA
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone Number: 757-441-6331
Fax Number: 757-441-6689
Email Address: elizabeth.yusi@usdoj.gov
Email Address: leslie.fisher2@usdoj.gov

And I hereby certify that I will mail the document by U.S. Mail to the following non-filing user:

Gerald Andrew Darby , Reg. No. 89788-083
c/o FMC Lexington
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512

/s/
Rodolfo Cejas, II
Virginia State Bar No. 27996
Attorney for Gerald Andrew Darby
Office of the Federal Public Defender
150 Boush Street, Suite 403
Norfolk VA 23510
Telephone: 757-457-0800
Facsimile: 757-457-0880
rodolfo_cejas@fd.org