FILED: April 11, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-4212
(2:16-cr-00036-RGD-DEM-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

GERALD ANDREW DARBY

      Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Norfolk |
| Originating Case Number | 2:16-cr-00036-RGD-DEM-1 |
| Date notice of appeal filed in originating court: | 04/10/2017 |
| Appellant (s) | Gerald Andrew Darby |
| Appellate Case Number | 17-4212 |
| Case Manager | Michael Radday<br>804-916-2702 |