FILED: April 11, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-4212
(2:16-cr-00036-RGD-DEM-1)
_____

UNITED STATES OF AMERICA

 Plaintiff - Appellee

v.

GERALD ANDREW DARBY

 Defendant - Appellant

_____

O R D E R
_____

 The court appoints the Federal Public Defender for the Eastern District of Virginia to represent Gerald Andrew Darby in this case.

       For the Court--By Direction

       /s/ Patricia S. Connor, Clerk