FILED: September 18, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-4212
(2:16-cr-00036-RGD-DEM-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

GERALD ANDREW DARBY

    Defendant - Appellant

------------------------------

PRIVACY INTERNATIONAL; ELECTRONIC FRONTIER FOUNDATION; NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS

    Amici Supporting Appellant

_____

O R D E R
_____

For reasons appearing to the court, this case is placed in abeyance pending a decision by this court in <u>United States v. McLamb</u>, No. 17-4299, which is calendared for oral argument on October 26, 2017.

For the Court

/s/ Patricia S. Connor, Clerk