FILED: May 30, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-4212
(2:16-cr-00036-RGD-DEM-1)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

GERALD ANDREW DARBY

  Defendant - Appellant

-------------------------------

PRIVACY INTERNATIONAL; ELECTRONIC FRONTIER FOUNDATION; NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS

  Amici Supporting Appellant

_____

M A N D A T E
_____

The judgment of this court, entered May 8, 2018, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

<u>*/s/Patricia S. Connor, Clerk*</u>