# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 8, 2018

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

Re:  Gerald Andrew Darby
v. United States
No. 18-5508
(Your No. 17-4212)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 6, 2018 and placed on the docket August 8, 2018 as No. 18-5508.

Sincerely,

**Scott S. Harris**, Clerk

by

Melissa Blalock
Case Analyst