# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| FERNANDO GALINDO<br>CLERK OF COURT | MARK S. DAVIS<br>CHIEF JUDGE |

July 21, 2021

Elizabeth M. Yusi, Esquire
United States Attorney's Office
101 W. Main Street, Suite 8000
Norfolk, Virginia 23510

      Re:    **Release of Exhibits: <u>USA v. Gerald Andrew Darby</u>**
                **Criminal Number: 2:16cr36**

    Pursuant to Local Rule 55, as amended September 1, 2000, the following exhibits entered in the above case are available for release to Government Counsel:

    Exhibits from Motion Hearing on July 5, 2016

    Please acknowledge receipt of these exhibits on the attached copy of this letter within ten (10) days from the above date.

                                      FERNANDO GALINDO, Clerk of Court

                                      BY:    /s/
                                            D. Brandt, Deputy Clerk

_____
(Signature of AUSA)

_____
**Date Exhibits Received**